UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MARVIN COOPER ET AL                    CIVIL ACTION NO. 24-cv-631

VERSUS                                 JUDGE EDWARDS

JOSEPH G JACKSON ET AL                 MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Marvin and Christina Cooper filed suit in state court against defendants that include Joseph Jackson and Davis Logistics, LLC. The case was removed based on diversity jurisdiction.

Before the court is National Interstate Insurance Company's Motion for Leave to File Petition of Intervention (Doc. 44) in which it asserts that National Interstate has paid Marvin Cooper more than $130,000 in workers' compensation benefits and that it wishes to intervene against defendants Jackson and Davis Logistics. A WC insurer is an intervenor of right who may intervene so long as the amount in controversy exceeds $75,000 and there is complete diversity of citizenship between the intervenor and the intervenor-defendants. Dushane v. Gallagher Kaiser Corp, 2005 WL 1959151 (W.D. La. 2005); Patterson v. Corvel Corp., 2021 WL 4047391 (W.D. La. 2021).

The amount in controversy requirement is present with respect to the proposed intervention. National Interstate alleges that it is an Ohio corporation with its principal place of business in Ohio. It names as defendants in intervention the Coopers (Louisiana citizens) and Davis Logistics (Oklahoma citizen). National Interstate is itself a defendant

based on the Coopers' amended petition that named National Interstate as a defendant in its capacity as a UM insurer. The complaint in intervention does not name National Interstate as a defendant in intervention, so this does not appear to impact diversity jurisdiction over the intervention.

The motion for leave did not include a statement in compliance with Local Rule 7.6 as to whether any party opposes the granting of the motion. The court inquired at a conference if any party had opposition, and none was noted. Accordingly, National Interstate's **Motion for Leave to File Petition of Intervention (Doc. 44)** is **granted**.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 24th day of February, 2025.

_____
Mark L. Hornsby
U.S. Magistrate Judge